UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>ROMANY MCNAMARA,<br><br>    Defendant. | Case No. 20-03519 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice because Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994). Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated: __September 14, 2020____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\03519Young_judgment